James J. Arendt, Esq.      Bar No. 142937
Michael R. Linden, Esq.    Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, JOE CALLANAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA,<br><br>            Plaintiff,<br><br>    vs.<br><br>GAIL CARSON, RN; PETER A. ORNER, MD; JOSEPH CALLANAN; and DOES 1 through 50,<br><br>            Defendants. | CASE NO. 1:07-CV-00153 OWW  LJO<br><br>**STIPULATION AND ORDER**<br><br><br><br>Complaint Filed: January 27, 2007<br>Trial Date:  TBA |

THE PARTIES, through their respective counsel, have stipulated that the Court hear Defendants' respective Motions to Dismiss and Motions to Strike on June 4, 2007 at 10:00 a.m.

DATED: May 10, 2007

                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                By:   /s/   James J. Arendt
                      James J. Arendt
                      Attorneys of Defendant, JOE CALLANAN

DATED: May 11, 2007

                B.C. BARMANN, SR., KERN COUNTY COUNSEL

                By:   /s/   Mark Nations
                      Mark Nations
                      Attorney for Defendant, GAIL CARSON

| | | | |
|---|---|---|---|
| 1 | DATED: May 11, 2007 | | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP |
| 2 | | | |
| 3 | | By: | /s/ Michael Ball |
| 4 | | | Michael Ball<br>Attorney for Defendant, PETER A. ORNER |
| 5 | | | |
| 6 | DATED: May 11, 2007 | | ROBERT MANN and DONALD COOK<br>Attorneys at Law |
| 7 | | By: | /s/ Robert Mann |
| 8 | | | Robert Mann<br>Donald Cook<br>Attorneys for Plaintiffs, JOSE TRINIDAD and |
| 9 | | | LARA URBINA |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 17, 2007**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE