Michael F. Ball, # 116328
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
Peter A. Orner, M.D.

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA,<br><br>    Plaintiff,<br><br>    v.<br><br>GAIL CARSON, RN; PETER A. ORNER, MD; JOSEPH CALLANAN, JR.; and DOES 1 through 50,<br><br>    Defendants. | Case No.  1:07-CV-00153 OWW LJO<br><br>**ORDER ON DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTIONS TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT** |

On June 4, 2007, at 10:00 a.m., Defendants Gail Carson, Peter Orner, M.D., and Joseph Callanan, Jr., came before the Honorable Oliver W. Wanger in Courtroom 3 of the United States District for the Eastern District of California to be heard on their respective Motions to Dismiss and Special Motions to Strike the First Amended Complaint.

The Court, having read and considered the points and authorities of all parties, all matters raised at oral arguments of the motions, having issued its Memorandum of Decision on September 25, 2007, and good cause appearing therefor, makes the following orders:

/////

/////

/////

PDF created with pdfFactory trial version www.pdffactory.com

1. Defendant Callanan's motion to dismiss the First Cause of Action (Conspiracy to Violate California Civil Code §56.10(a); §§56.35 & 56.36(b)) is GRANTED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND on the grounds that Plaintiff has failed to allege that Carson is a health care provider or health care contractor and on grounds of absolute witness immunity by litigation privilege.

2. Defendant Orner's motion to dismiss the First Cause of Action (Conspiracy to Violate California Civil Code §56.10(a); §§56.35 & 56.36(b)) and Second Cause of Action (California Civil Code §56.36) is GRANTED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND on grounds of waiver and absolute witness immunity by litigation privilege.  Defendant Orner's special motion to strike and motion to dismiss on grounds of judicial estoppel are DENIED AS MOOT.

3. Defendant Carson's motion to dismiss the First Cause of Action (Conspiracy to Violate California Civil Code §56.10(a); §§56.35 & 56.36(b)) and Second Cause of Action (California Civil Code §56.36) is GRANTED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND on the grounds of waiver and absolute witness immunity by litigation privilege. Defendant Carson's special motion to strike is DENIED AS MOOT.

4. The motions of Defendants Orner and Callanan to dismiss the Third Cause of Action (42 U.S.C. §1983) are GRANTED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND on grounds that Plaintiff has failed to state a claim upon which relief can be granted and on grounds of absolute witness immunity.

5. Defendant Carson's motion to dismiss the Third Cause of Action (42 U.S.C. §1983) is GRANTED WITH LEAVE TO AMEND AND WITHOUT PREJUDICE on grounds that Plaintiff has failed to state a claim upon which relief can be granted.

6. The motions of Defendants Orner, Callanan and Carson to dismiss the Fourth Cause of Action (42 U.S.C. § 1985 (2) & (3)) are GRANTED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND on grounds that Plaintiff has failed to state a claim due to lack of a cognizable legal theory and failure to plead sufficient facts under a cognizable legal theory.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

PDF created with pdfFactory trial version www.pdffactory.com

In the Court's Memorandum Decision of September 25, 2007, it indicated in Paragraph (1) of its Conclusion that "Defendants' Callanan, Carson, and Orner motions to dismiss Plaintiff's third cause of action for violation of the Fourth Amendment and for denial of due process under 42. U.S.C. §1983 are GRANTED WITH LEAVE TO AMEND." However, the above language contained a typographical error and should have read "WITHOUT" leave to amend as to Callanan and Orner, and "WITH" leave to amend as to Carson, all consistent with the rest of the court's decision.

Plaintiff shall have twenty days from the date of the signing of this Order to file a Second Amended Complaint as to the Third Cause of Action and as to defendant Carson only.

IT IS SO ORDERED.

Dated: October 18, 2007

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge

02404/00020-1143676.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA  93720-1501

3

ORDER ON DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTIONS TO STRIKE
1:07-CV-00153 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com