James J. Arendt, Esq.          Bar No. 142937
Michael R. Linden, Esq.        Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, JOE CALLANAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| JOSE TRINIDAD LARA URBINA,<br><br>  Plaintiff,<br><br>vs.<br><br>GAIL CARSON, RN; PETER A. ORNER, MD; JOSEPH CALLANAN; and DOES 1 through 50,<br><br>  Defendants.<br>_____ | CASE NO. 1:07-CV-00153 OWW GSA<br><br>**AMENDED ORDER ON DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTIONS TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>[FRCP Rule 12(b)(6); Local Rule 78-230]<br><br>Complaint Filed: January 27, 2007<br>Trial Date:   TBA |

On October 18, 2007, the Court signed the *Order on Defendants' Motions to Dismiss and Special Motions to Strike Plaintiff's First Amended Complaint* (filed on October 23, 2007) (Doc 44).

However, in light of the Court's *Memorandum Decision* (Doc 40) concerning defendants' motions, the following modifications are made with respect to the above-mentioned order:

1.  At page 2, line 4, "Carson" should be replaced with "Callanan".

2.  At page 2, line 5, the Order should add the sentence, "Defendant Callanan's special

///

///

_____
[Proposed] Amended Order

motion to strike is DENIED AS MOOT."

**IT IS SO ORDERED.**

DATED: November 15, 2007

                                  /s/ OLIVER W. WANGER
                               HONORABLE OLIVER W. WANGER
                               United States District Court Judge
                               Eastern District of California