**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Mark L. Nations, Chief Deputy (Bar # 101838)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800
Facsimile:  (661) 868-3805

**Attorney for Defendant Gail Carson**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE TRINIDAD LARA URBINA,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**GAIL CARSON, RN; PETER A. ORNER, MD; JOSEPH CALLANAN, JR.; and DOES 1 through 50,**<br><br>            **Defendants.** | **CASE NO.  1:07-CV-00153 OWW TAG**<br><br>**ORDER ON MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER; JUDGMENT** |

The motion of defendant Gail Carson to dismiss the first amended complaint on file herein pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiff's failure to file a second amended complaint within 20 days of the court's order dismissing the first amended complaint came on for hearing in Courtroom 3 of the United States District Court, the Honorable Oliver W. Wanger, presiding, on June 2, 2008 at 10:00 a.m.  Defendant Gail Carson appeared telephonically through  Mark L. Nations, Chief Deputy County Counsel, Office of the Kern County Counsel.  No appearance was made by plaintiff's counsel and no written opposition to this motion to dismiss was filed by plaintiff.

The court having considered the pleadings as well as the moving papers and reply papers as well as the argument of counsel and finding good cause therefor, HEREBY ORDERS:

Defendant Gail Carson's motion to dismiss the first amended complaint on file herein

pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiff's failure to file a second amended complaint within 20 days of the court's order dismissing the first amended complaint is granted.

    IT IS HEREBY FURTHER ORDERED that judgment shall be entered forthwith in favor of Defendant Gail Carson and against Plaintiff consistent with this court's order. The parties shall bear their own costs and attorney's fees.

Dated: June 17, 2008          /s/ OLIVER W. WANGER
                                       HONORABLE OLIVER W. WANGER
                                       United States District Court Judge

#07cv153.mtn.dismiss.wpd